AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P., <br><br> *Plaintiff(s)* <br> v. <br> Richard A. Ehrlich, Stephen H. Deckhoff, Leslie A. Meier, Jeffrey A. Schaffer, BDCM Opportunity Fund II, L.P., Black Diamond CLO 2005-1 Ltd., Spectrum Investment Partners, L.P. <br> *Defendant(s)* | Civil Action No. 15-cv-373 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stephen H. Deckoff
One Sound Shore Drive, Suite 200
Greenwhich, CT  06830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John T. Dorsey (No. 2988)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 N. King Street
Wilmington, DE  19801
Tel.: 302-571-6600
Fax: 302-571-1253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 1 1 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-373

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

United States District Court
County Of District Of Delaware

| | |
|---|---|
| Yucaipa American Alliance Fund I, L.P., a Delaware limited partnership, and Yucaipa American Alliance (Parallel) Fund I, L.P., a Delaware limited partnership<br>Plaintiff<br><br>vs.<br><br>Richard A. Ehrlich, Et Al<br>Defendant | Civil Action Number: 15-CV-00373<br>Affidavit of Service of<br>Summons in a Civil Action and Complaint |

STATE OF NY COUNTY OF NEW YORK:SS

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in New York, NY.

That on 5/14/2015 at 12:36:00 PM at the address:

>919 Third Street
>
>New York, NY 10022

Deponent served the within Summons in a Civil Action and Complaint

UPON:   Robert Ward
        Schulte Roth

By personally delivering a true copy of the Summons in a Civil Action and Complaint

to Evan Melluzzo , Authorized Agent thereof.

Deponent describes the person actually served as follows:

| | |
|---|---|
| Sex: | Male |
| Skin: | White |
| Hair: | Bald |
| Age | 36-50 |
| Height: | 5ft8in-5ft11in |
| Weight | 161-200 lbs |

Other Features:

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal Statutes.

Sworn to before me this   5/15/2015

ANA E. SANCHEZ
Notary Public: State Of   New York
NO: 01SA5067260
QUALIFIED IN: County Of Bronx
COMMISSION Expires:   Monday, October 15, 2018

Regenia Larkin Hyman
License NO: 1272438

Job #: 63444