UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
YUCAIPA AMERICAN ALLIANCE FUND I, :
L.P., and YUCAIPA AMERICAN ALLIANCE :
(PARALLEL) FUND I, L.P., :
:
                     Plaintiffs, :   Case No.: 15-cv-373 (SLR)
:
    - against - :   ECF Case
:
RICHARD A. EHRLICH, STEPHEN H. :
DECKOFF, LESLIE A. MEIER, JEFFREY A. :
SCHAFFER, BDCM OPPORTUNITY FUND II, :
L.P., BLACK DIAMOND CLO 2005-1 LTD., and :
SPECTRUM INVESTMENT PARTNERS, L.P., :
:
                     Defendants. :
:
---------------------------------------------------------------x

## MOTION TO DISMISS OR STAY THE ACTION

Defendants BDCM Opportunity Fund II L.P., Black Diamond CLO 2005-1 Ltd. (collectively, "Black Diamond"), Spectrum Investment Partners, L.P. ("Spectrum"), Richard A. Ehrlich, Stephen H. Deckoff, Leslie A. Meier and Jeffrey A. Schaffer (collectively, "Defendants") hereby move to dismiss the Complaint (the "Complaint") filed by Plaintiffs Yucaipa American Alliance Fund I, LP and Yucaipa American Alliance (Parallel) Fund I, LP ("Yucaipa"), or alternatively to stay this action pending resolution of earlier-filed related actions.

By this Motion, Defendants seek entry of an order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

The Complaint must be dismissed because the Complaint fails to state a claim upon which relief can be granted. The reasons in support of the Motion are more fully set forth in the

{935.001-W0036933.}

Defendants' Memorandum of Law in Support of Their Motion to Dismiss or Stay the Action, filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Defendants respectfully request that the Court grant the Motion and dismiss the Complaint in its entirety with prejudice, or alternatively stay the action pending resolution of the related actions and grant such other and further relief as is just and proper.

Dated: June 4, 2015
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri K. Mumford
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

**SCHULTE ROTH & ZABEL LLP**
Adam C. Harris
Robert J. Ward
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955