UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
YUCAIPA AMERICAN ALLIANCE FUND I, :
L.P., and YUCAIPA AMERICAN ALLIANCE :
(PARALLEL) FUND I, L.P., :
:
                    Plaintiffs, :   Case No.: 15-cv-373 (SLR)
:
              - against - :   ECF Case
:
RICHARD A. EHRLICH, STEPHEN H. :
DECKOFF, LESLIE A. MEIER, JEFFREY A. :
SCHAFFER, BDCM OPPORTUNITY FUND II, :
L.P., BLACK DIAMOND CLO 2005-1 LTD., and :
SPECTRUM INVESTMENT PARTNERS, L.P., :
:
              Defendants. :
:
---------------------------------------------------------------x

**AFFIRMATION OF KERRI K. MUMFORD IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS OR STAY THE ACTION**

I, KERRI K. MUMFORD, affirm as follows:

1. I am an attorney admitted to practice in the State of Delaware and before the United States District Court for the District of Delaware. I am a Partner with the law firm of Landis Rath & Cobb LLP, counsel for Defendants Richard A. Ehrlich, Stephen H. Deckoff, Leslie A. Meier, Jeffrey A. Schaffer, BDCM Opportunity Fund II, L.P., Black Diamond CLO 2005-1 Ltd., and Spectrum Investment Partners, L.P. (collectively, "Defendants") in the above-captioned action. I submit this affirmation in support of Defendants' Motion to Dismiss or Stay the Action.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint in *Yucaipa Am. Alliance Fund I, L.P. v. Ehrlich*, No. 1:15-cv-00916 (DLC) (S.D.N.Y.), dated February 6, 2015 (the "SDNY Complaint").

3. Attached hereto as Exhibit 2 is a true and correct copy of the Certification of Counsel Regarding Order for Relief in Involuntary Proceedings, dated June 10, 2012. (*Allied Systems Holdings, Inc. v. Am. Money Mgmt., et al.*, Adv. Proc. 12-50947 (CSS) (Bankr. D. Del.) ("Allied Adv. Proc."), D.I. No. 68.)

4. Attached hereto as Exhibit 3 is a true and correct copy of the Order (A) Granting Motion of the Official Committee of Unsecured Creditors for Standing to Prosecute Certain Claims of the Debtors' Estates, (B) Granting Motion of Petitioning Creditors for Leave to Intervene, and (C) Granting Related Relief, dated March 21, 2013. (*In re ASHINC Corporation, et al.*, Case No. 12-11564 (CSS) (Bankr. D. Del.) ("Allied Bankr."), D.I. No. 1015.)

5. Attached hereto as Exhibit 4 is a true and correct copy of The Official Committee of Unsecured Creditors' Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims, dated February 1, 2013. (*The Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. v. Yucaipa Am. Alliance Fund I, L.P., et al.*, Adv. Proc. No. 13-50530 (CSS) (Bankr. D. Del.) ("Committee Adv. Proc."), D.I. No. 1.)

6. Attached hereto as Exhibit 5 is a true and correct copy of the Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to Pursue Certain Claims and Causes of Action of the Debtors' Estates, dated February 1, 2013. (Allied Bankr., D.I. No. 858.)

7. Attached hereto as Exhibit 6 is a true and correct copy of the transcript of proceedings held on February 27, 2013 before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). (Allied Adv. Proc., D.I. No. 162.)

8. Attached hereto as Exhibit 7 is a true and correct copy of The Official Committee of Unsecured Creditors' Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims, dated March 14, 2013. (Committee Adv. Proc., D.I. No. 76.)

9. Attached hereto as Exhibit 8 is a true and correct copy of the transcript of proceedings held on July 30, 2013 before the Bankruptcy Court. (Committee Adv. Proc., D.I. No. 297.)

10. Attached hereto as Exhibit 9 is a true and correct copy of the Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of the Debtors Outside the Ordinary Course of Business, (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (C) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief, dated September 17, 2013. (Allied Bankr., D.I. No. 1837.)

11. Attached hereto as Exhibit 10 is a true and correct copy of the Complaint for (I) Equitable Subordination, (II) Breach of Contract, (III) Breach of the Implied Duty of Good Faith and Fair Dealing, and (IV) Tortious Interference With Contract, dated November 19, 2014. (*BDCM Opportunity Fund II, LP, et al. v. Yucaipa Am. Alliance Fund I, L.P., et al.*, Adv. Proc. No. 14-50971 (CSS) (Bankr. D. Del.) ("BD/S Adv. Proc."), D.I. No. 1.)

12. Attached hereto as Exhibit 11 is a true and correct copy of Defendants' Answer and Counterclaims, dated February 19, 2015. (BD/S Adv. Proc., D.I. No. 19.)

13. Attached hereto as Exhibit 12 is a true and correct copy of Judge Cote's Order, dated April 7, 2015. *Yucaipa Am. Alliance Fund I, L.P. v. Ehrlich*, No. 1:15-cv-00916 (DLC) (S.D.N.Y. Feb. 6, 2015), D.I. 21.

14. Attached hereto as Exhibit 13 is a true and correct copy of Yucaipa's Amended Counterclaim and Cross-Claim for Declaratory Judgment and Injunctive and Other Relief and Amended Answer to Debtors' Verified Complaint, dated January 5, 2013. (Allied. Adv. Proc., D.I. No. 65.)

Dated: Wilmington, Delaware
June 4, 2015

*/s/ Kerri K. Mumford*
Kerri K. Mumford