# Exhibit 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLIED SYSTEMS HOLDINGS, INC., | Case No. 12-11564 (CSS) |
| Alleged Debtor. | **Re: Docket No. 1** |
| In re: | Chapter 11 |
| ALLIED SYSTEMS, LTD. (L.P.), | Case No. 12-11565 (CSS) |
| Alleged Debtor. | **Re: Docket No. 1** |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER FOR RELIEF IN INVOLUNTARY CASES

The undersigned counsel to the above-captioned alleged debtors (collectively, the "**Alleged Debtors**") hereby certifies as follows:

1. On May 17, 2012, the , BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Adviser, L.L.C, and Spectrum Investment Partners LP (collectively, the "**Petitioning Creditors**") filed involuntary chapter 11 petitions (the "**Petitions**") against the Alleged Debtors.

2. The Alleged Debtors have not filed pleadings or other defenses to the Petitions. Further, on June 10, 2012, certain U.S. and Canadian affiliates of the Alleged Debtors commenced voluntary chapter 11 petitions, commencing voluntary chapter 11 cases.

3. At this time, the Alleged Debtors have consented to the entry of an order for relief approving the relief sought in the Petitions, a proposed form of which (the "**Proposed Order for Relief**") is attached hereto as **Exhibit A**. The Proposed Order for Relief has been circulated to, and approved by, counsel for the Petitioning Creditors.

RLF1 6086986v. 1

WHEREFORE, the undersigned counsel to the Alleged Debtors respectfully requests that the Court enter the Proposed Order for Relief, substantially in the form attached hereto as **Exhibit A**, at the Court's earliest convenience.

Dated: June 10, 2012
       Wilmington, Delaware

       Respectfully submitted,

       /s/ Marisa A. Terranova
       Mark D. Collins (No. 2981)
       Christopher M. Samis (No. 4909)
       Marisa A. Terranova (No. 5396)
       RICHARDS, LAYTON & FINGER, P.A.
       One Rodney Square
       920 North King Street
       Wilmington, Delaware 19801
       Telephone: (302) 651-7700
       Facsimile: (302) 651-7701
       E-mail: collins@rlf.com
       E-mail: samis@rlf.com
       E-mail: terranova@rlf.com

       -and-

       Jeffrey W. Kelley (GA Bar No. 412296)
       Ezra H. Cohen (GA Bar No. 173800)
       TROUTMAN SANDERS LLP
       Bank of America Plaza
       600 Peachtree Street, Suite 5200
       Atlanta, Georgia 30308-2216
       Telephone No.: (404) 885-3000
       Facsimile No.: (404) 885-3900
       E-Mail: jeffrey.kelley@troutmansanders.com
       E-Mail: ezra.cohen@troutmansanders.com

       *Counsel for Alleged Debtors*

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLIED SYSTEMS HOLDINGS, INC., | Case No. 12-11564 (CSS) |
| Alleged Debtor. | Re: Docket Nos. 1 & ___ |
| In re: | Chapter 11 |
| ALLIED SYSTEMS, LTD. (L.P.), | Case No. 12-11565 (CSS) |
| Alleged Debtor. | Re: Docket Nos. 1 & ___ |

## ORDER FOR RELIEF IN INVOLUNTARY CASES

On consideration of the petitions filed on May 17, 2012 against the above-captioned alleged debtors (the "**Alleged Debtors**"), the Alleged Debtors having not filed a pleading or other defense to the petitions, the Alleged Debtors having consented to the relief requested, and for reasons announced on the record at the hearing on June 11, 2012, an order for relief under chapter 11 of title 11 of the United States Code is granted in the above-captioned cases.

Dated: June ___, 2012
      Wilmington, Delaware

                                      THE HONORABLE CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE