# Exhibit 12

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
YUCAIPA AMERICAN ALLIANCE FUND I,    :    15cv0916 (DLC)
L.P., a Delaware limited partnership,:
and YUCAIPA AMERICAN ALLIANCE        :         ORDER
(Parallel) FUND I, L.P., a Delaware, :
                                     :
               Plaintiffs,           :
                                     :
          -v-                        :
                                     :
RICHARD A. EHRLICH, STEPHEN H.       :
DECKOFF, LESLIE A. MEIER, JEFFREY A. :
SCHAFFER, BDCM OPPORTUNITY FUND II,  :
L.P., a Delaware limited partnership,:
BLACK DIAMOND CLO 2005-1 LTD., a Cayman:
Islands limited liability company, and :
SPECTRUM INVESTMENT PARTNERS, L.P., a :
Delaware limited partnership,        :
                                     :
               Defendants.           :
                                     :
-------------------------------------X
```



DENISE COTE, District Judge:

On April 4, 2015, defendants filed a motion to dismiss or stay the plaintiffs' complaint. On April 6, a scheduling order was issued requiring the plaintiffs' opposition to be filed by April 16, and for defendants' reply to be filed by April 24. On April 6, both parties requested that the time to respond be extended. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by **May 1, 2015.** Plaintiffs will have no further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall serve any opposition to the motion to dismiss by **May 1, 2015**. Defendants' reply, if any, shall be served by **May 15, 2015**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the defendants' request to extend the page limit from 10 to 20 pages for the reply brief is granted.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for April 17, 2015, is rescheduled for **May 22, 2015 at 9:30 a.m.**

Dated:   New York, New York
         April 7, 2015

                                   _____
                                           DENISE COTE
                                   United States District Judge