UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
Yucaipa American Alliance Fund I, L.P., a :
Delaware limited partnership, and Yucaipa :
American Alliance (Parallel) Fund I, L.P., a :
Delaware limited partnership, :
:
               Plaintiffs, :
:
  -against- :
:
Richard A. Ehrlich, Stephen H. Deckoff, Leslie :
A. Meier, Jeffrey A. Schaffer, BDCM :   Case No.: 15-cv-373 (SLR)
Opportunity Fund II, L.P., a Delaware limited :
partnership, Black Diamond CLO 2005-1 Ltd., :   ECF Case
a Cayman Islands limited liability company, :
and Spectrum Investment Partners, L.P., a :
Delaware limited partnership, :
:
               Defendants. :
:
:
:
:
---------------------------------------------------------x

## DECLARATION OF KAHN SCOLNICK
## IN SUPPORT OF YUCAIPA'S OPPOSITION TO
## DEFENDANTS' MOTION TO DISMISS OR STAY THE ACTION

YOUNG CONAWAY
STARGATT & TAYLOR, LLP
John T. Dorsey, Esquire (No. 2988)
Michael R. Nestor, Esquire (No. 3526)
Sharon M. Zieg, Esquire (No. 4196)
Michael S. Neiburg, Esquire (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600

mnestor@ycst.com

- and-

GIBSON, DUNN & CRUTCHER LLP
Maurice M. Suh (*Pro Hac Vice*)
Robert A. Klyman (*Pro Hac Vice*)
Kahn Scolnick (*Pro Hac Vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
msuh@gibsondunn.com

*Attorneys for Plaintiffs Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P.*

## DECLARATION OF KAHN SCOLNICK

I, Kahn Scolnick, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court *pro hac vice*, and I am a Partner at the law firm of Gibson, Dunn & Crutcher LLP, attorneys of record for Plaintiffs Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa"). I submit this declaration in support of Yucaipa's Opposition to Defendants' Motion to Dismiss or Stay the Action (the "Opposition"). I have personal knowledge of the facts set forth in this declaration, except for those stated upon information and belief, and if called to testify, I could and would competently testify to them.

2. On April 7, 2015, at my direction and on Yucaipa's behalf, my co-counsel in this matter, Young Conaway Stargatt & Taylor, LLP, filed Yucaipa's Opposition to Black Diamond and Spectrum's Motion to Dismiss Yucaipa's Counterclaim for Equitable Subordination in *BDCM Opportunity Fund II, LP v. Yucaipa American Alliance Fund I, L.P.*, Adv. Proc. No. 14-50971 (Bankr. D. Del. Nov. 19, 2014). (D.I. 56.) A true and correct copy of the opposition brief is attached hereto as Exhibit 1.

3. On or about June 16, 2015, at my direction and on Yucaipa's behalf, my office reviewed the electronic dockets for a number of recent civil cases assigned to the Hon. Denise L. Cote in the United States District Court for the Southern District of New York, in which a Rule 12(b)(6) motion to dismiss had been filed to challenge the initial pleading or subsequent pleading. Based on that review, we identified various orders similar to the one Judge Cote had issued in Yucaipa's RICO case—each order sets a final date by which plaintiffs must amend their complaints in response to the motion to dismiss, and then states that "[p]laintiffs will have no further opportunity to amend," or some variation of the same with identical effect. Eight such

sample orders are attached here as Exhibit 2, and are available at: D.I. 28, *Canon Inc. v. Tesseron Ltd.*, No. 14-cv-5462 (S.D.N.Y.); D.I. 10, *Decker v. City of New York*, No. 13-cv-0308 (S.D.N.Y.); D.I. 23, *Iqor US Inc. v. Liberty Mut. Fire Ins. Co.*, No. 14-cv-8605 (S.D.N.Y.); D.I. 7, *Iroquois Master Fund Ltd. v. Coda Octopus Grp., Inc.*, No. 14-cv-0760 (S.D.N.Y.); D.I. 13, *Morring v. Cuomo*, No. 13-cv-2279 (S.D.N.Y.); D.I. 25, *N.Y. Marine & Gen. Ins. Co. v. Anderson Zurmuehlen & Co.*, No. 14-cv-3718 (S.D.N.Y.); D.I. 29, *Robainas v. Met. Life Ins. Co.*, 14-cv-9926 (S.D.N.Y.); D.I. 33, *Skanga Energy & Marine Ltd. v. Arevenca, S.A.*, 11-cv-4296 (S.D.N.Y.).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on this 22nd day of June 2015, at Los Angeles, California.

_____
Kahn Scolnick (*Pro Hac Vice*)