UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
YUCAIPA AMERICAN ALLIANCE FUND I, :
L.P., and YUCAIPA AMERICAN ALLIANCE :
(PARALLEL) FUND I, L.P., :
 :
                Plaintiffs, :   Case No.: 15-cv-373 (SLR)
 :
        - against - :   ECF Case
 :
RICHARD A. EHRLICH, STEPHEN H. :
DECKOFF, LESLIE A. MEIER, JEFFREY A. :
SCHAFFER, BDCM OPPORTUNITY FUND II, :
L.P., BLACK DIAMOND CLO 2005-1 LTD., and :
SPECTRUM INVESTMENT PARTNERS, L.P., :
 :
                Defendants. :
 :
---------------------------------------------------------------x

**AFFIRMATION OF KERRI K. MUMFORD IN FURTHER SUPPORT OF
DEFENDANTS' MOTION TO DISMISS OR STAY THE ACTION**

      I, KERRI K. MUMFORD, affirm as follows:

      1.    I am an attorney admitted to practice in the State of Delaware and before the United States District Court for the District of Delaware. I am a Partner with the law firm of Landis Rath & Cobb LLP, counsel for Defendants Richard A. Ehrlich, Stephen H. Deckoff, Leslie A. Meier, Jeffrey A. Schaffer, BDCM Opportunity Fund II, L.P., Black Diamond CLO 2005-1 Ltd., and Spectrum Investment Partners, L.P. (collectively, "Defendants") in the above-captioned action. I submit this affirmation in further support of Defendants' Motion to Dismiss or Stay the Action.

      2.    Attached hereto as Exhibit 1 is a true and correct copy of Black Diamond and Spectrum's Reply Brief in Further Support of Their Motion to Dismiss Yucaipa's Counterclaim for Equitable Subordination, dated May 1, 2015. (*BDCM Opportunity Fund II, LP v. Yucaipa Am. Alliance Fund I, L.P.*, Adv. Proc. No. 14-50971 (CSS) ("BD/S Action"), D.I. No. 65.)

3.       Attached hereto as Exhibit 2 is a true and correct copy of the Agreed Amended Scheduling Order, dated June 19, 2013.  (*The Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. v. Yucaipa Am. Alliance Fund I, L.P., et al.*, Adv. Proc. No. 13-50530 (CSS) (Bankr. D. Del.) ("Committee Adv. Proc."), D.I. No. 247.)


Dated:   Wilmington, Delaware                     /s/  Kerri K. Mumford
             July 2, 2015                                              Kerri K. Mumford