# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YUCAIPA AMERICAN ALLIANCE FUND I L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., <br><br> Appellants, <br><br> v. <br><br> RICHARD A. EHRLICH, STEPHEN H. DECKOFF, LESLIE A. MEIER, JEFFREY A. SCHAFFER, BDCM OPPORTUNITY FUND II, L.P., BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., <br><br> Appellees. | Civ. No. 15-373 (SLR) |

## NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa"), the appellants in the above-named appeal, hereby appeal to the United States Court of Appeals for the Third Circuit from the memorandum opinion and order of the district court for the District of Delaware, entered in this case on September 2, 2016 (D.I. 35, D.I. 36) dismissing Yucaipa's complaint asserting a violation of the Racketeer Influenced and Corrupt Organizations Act and related causes of action (D.I. 1), and closing the case.

The parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **(Richard A. Ehrlich, Stephen H. Deckoff, Leslie A. Meier, Jeffrey A. Schaffer, BDCM Opportunity Fund II, L.P., Black Diamond CLO 2005-1 LTD., and Spectrum Investment Partners, L.P.)**<br><br>Adam G. Landis, Esq.<br>Kerri K. Mumford, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899<br>Telephone: (302) 467-4400 | **(Richard A. Ehrlich, Stephen H. Deckoff, Leslie A. Meier, Jeffrey A. Schaffer, BDCM Opportunity Fund II, L.P., Black Diamond CLO 2005-1 LTD., and Spectrum Investment Partners, L.P.)**<br><br>Lawrence Gelber, Esq.<br>Adam C. Harris, Esq.<br>Robert J. Ward, Esq.<br>Victoria A. Lepore, Esq.<br>David M. Hillman, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 756-2000 |
| **Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P.**<br><br>Robert A. Klyman<br>Maurice M. Suh<br>Kahn Scolnick<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000 | **Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P.**<br><br>Michael R. Nestor, Esq.<br>Edmon L. Morton, Esq.<br>Michael S. Neiburg, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600 |

Dated: September 19, 2016                 YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Michael R. Nestor
Michael R. Nestor (No. 3526)
Edmon L. Morton (No. 3856)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600

-and-

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman
Maurice M. Suh
Kahn Scolnick
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000

*Attorneys for Appellants*